# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-5254

ECOLOGICAL RIGHTS FOUNDATION and OUR CHILDREN'S EARTH FOUNDATION,

Plaintiffs-Appellants,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant-Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JOINT STIPULATION OF DISMISSAL**

CHRISTOPHER SPROUL
STUART WILCOX
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(415) 533-3376
csproul@enviroadvocates.com
wilcox@enviroadvocates.com
*Counsel for Plaintiffs-Appellants*

Plaintiffs-Appellants Ecological Rights Foundation and Our Children's Earth Foundation (collectively "EcoRights") and Defendants-Appellees U.S. Environmental Protection Agency and Michael S. Regan (collectively "EPA") jointly stipulate to dismissal of this appeal without prejudice. The Parties agree that each side shall bear their own costs on this appeal.

>Respectfully submitted,
>
>*/s/ Stuart Wilcox*
>STUART WILCOX
>*Counsel for Plaintiffs-Appellants*
>
>*/s/ Daniel Tenny**
>DANIEL TENNY
>(202) 514-1838
>
>*/s/ Edward Himmelfarb**
>EDWARD HIMMELFARB
>(202) 514-3547
>Attorneys, Appellate Staff
>Civil Division, Room 7541
>Department of Justice
>950 Pennsylvania Ave., N.W.
>Washington, D.C. 20530
>*Counsel for Defendants-Appellees*

*Signed with permission by Edward Himmelfarb.

# CERTIFICATE OF COMPLIANCE

I certify that this stipulation is proportionately spaced, using Times New Roman, 14 point font. Based on a word count under Microsoft Word, this stipulation is 46 words.

*/s/ Stuart Wilcox*
Stuart Wilcox
*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I served the foregoing document by filing it through the ECF system, with which all counsel are registered.

*/s/ Stuart Wilcox*
Stuart Wilcox
*Counsel for Plaintiffs-Appellants*
